■ LATASHA HOLLAMON, Appellant, v DAMON D. VINSON et al., JAMES E. VINSON, Respondents, et al., Defendants. (Appeal No. 2.) [835 NYS2d 923]—Appeal from an order of the Supreme Court, Erie County (John P. Lane, J.), entered December 9, 2005 in a personal injury action. The order denied plaintiff's motion to set aside the verdict and for a directed verdict on the issue of proximate cause or, in the alternative, a new trial on that issue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Gorski, J.P., Fahey, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD DIVELBLISS, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Wayne County Court (John B. Nesbitt, J.), rendered June 22, 2005. The judgment convicted defendant, after a nonjury trial, of assault in the third degree and, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Gorski, Lunn, Peradotto and Green, JJ.